## Commonwealth *v.* Rymsza, Appellant.

42

Argued May 3, 1937.

Before KELLER, P. J., CUNNINGHAM, BALD-RIGE, STADTFELD, PARKER, JAMES, and RHODES, JJ.

*Rocco C. Falvello,* for appellant.

*Joseph R. Sherman,* Assistant District Attorney, and *Leon Schwartz,* District Attorney, for appellee, were not heard.

PER CURIAM, May 5, 1937:

The judgment is affirmed on the opinion of the learned judge of the court below, Judge JONES, as it appears in the reporter's statement.